

**AlaFile E-Notice**

02-DR-2004-502442.03

Judge: J. DONALD BANKS

To:  SMITH THADDEUS DEMETRIUS (PRO SE)
1601 NESHOTA DR
APT 38
MOBILE, AL 36605-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

LATONJA MICHELLE SMITH VS THADDEUS DEMETRIUS SMITH
02-DR-2004-502442.03

The following matter was not served on 6/17/2013

**C001 SMITH LATONJA MICHELLE**

OTHER

3 ATTEMPTS NO RESPONSE

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8441
jo.schwarzauer@alacourt.gov



**AlaFile E-Notice**

02-DR-2004-502442.04

Judge: J. DONALD BANKS

To: SMITH TAHDDEUS DEMETRIUS SR (PRO SE)
1601 NESHOTA DR #38
MOBILE, AL 36605-0000

# NOTICE OF NO SERVICE

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

### LATONJA MICHELLE SMITH VS THADDEUS DEMETRIUS SMITH
### 02-DR-2004-502442.04

The following matter was not served on 8/20/2013

**C001 SMITH LATONJA MICHELLE (DAVIS)**

OTHER

VACANT RESIDENCE / LOT

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8441
jo.schwarzauer@alacourt.gov



**AlaFile E-Notice**

02-DR-2004-502442.04

Judge: J. DONALD BANKS

To: SMITH TAHDDEUS DEMETRIUS SR (PRO SE)
1601 NESHOTA DR #38
MOBILE, AL 36605-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

LATONJA MICHELLE SMITH VS THADDEUS DEMETRIUS SMITH
02-DR-2004-502442.04

The following matter was served on 9/3/2013

C001 SMITH LATONJA MICHELLE (DAVIS)
AUTHORIZED SERVICE
ACCEPTED SERVICE

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8441
jo.schwarzauer@alacourt.gov

Exhibit 2

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

LATONJA MICHELLE SMITH,     )
Plaintiff,                        )

V.                            )   Case No.:     DR-2004-502442.02
                             )

SMITH THADDEUS DEMETRIUS,   )
Defendant.                   )

## ORDER OF COURT

This cause having come before the Court on April 9, 2012 on the Defendant's Motion to Enforce Visitation; Plaintiff not appearing; Defendant appearing pro se; and based on the pleading presented, the Court considering the same; and upon consideration, it is hereby ORDERED by the Court as follows:

1. THAT the Defendant's Motion to Enforce Visitation is hereby granted.

2. THAT the Court finds the Plaintiff, Latonja Michelle Smith, is in contempt for failing to abide by the prior orders of this Court and is hereby sentenced to five (5) days in jail; however, said sentence is hereby suspended conditioned upon the Plaintiff-Mother allowing the Defendant-Father to exercise visitation with the minor child of the parties, Jateria Smith (DOB 10/16/2002), on alternate weekends from 6:00 p.m. on Friday until 6:00 p.m. the following Sunday to begin on Friday, April 20, 2012. The Sheriff of this County or any county in the State of Alabama or his agent is directed to take into his possession the minor child of the parties, namely, Jateria Smith (DOB 10/16/2002), at the residence on 1710 Bream Drive, Mobile, Alabama 36605, or wherever said child may be found, and after taking said child into his possession, he shall place the said child with the Defendant-Father, Thaddeus Demetrius Smith, for Defendant's scheduled visitation.

3. THAT the Defendant is awarded a judgment against the Plaintiff for the sum of $266.00 representing the filing fee in this cause.

4. That this cause is hereby set for review on Monday, May 14, 2012 at 9:00 a.m.

CH
DONE this 9th day of April, 2012.

                                /s/ J. DONALD BANKS
                                CIRCUIT JUDGE

Exhibit 3

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

LATONJA MICHELLE SMITH,        )
Plaintiff,                     )
                               )
V.                             )   Case No.:        DR-2004-502442.02
                               )
SMITH THADDEUS DEMETRIUS,       )
Defendant.                     )

---

### ORDER OF COURT

This cause having come before the Court on May 14, 2012 for review; both parties appearing in Court and being prose; and based on the sworn testimony and demeanor of the witnesses; and upon consideration, it is hereby ORDERED, ADJUDGED, and DECREED by the Court as follows:

1. THAT the previously ordered visitation provisions are hereby reaffirmed.

2. THAT the request to reconsider filing fee ruling heretofore rendered in this cause on May 9, 2012 is hereby deemed DENIED.

3. THAT any matter plead but not otherwise covered by this Order shall be deemed DENIED.

4. THAT costs having been prepaid, no costs are due herein.

JG

DONE this 25th day of May, 2012.

/s/ J. DONALD BANKS
CIRCUIT JUDGE

ELECTRONICALLY FILED
9/10/2013 2:35 PM
DR-2004-502442.04
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

Exhibit 4-1-3

SMITH LATONJA MICHELLE (DAVIS),  )
Plaintiff,                       )
                                 )
V.                               )  Case No.:    DR-2004-502442.04
                                 )
SMITH TAHDDEUS DEMETRIUS SR,     )
Defendant.                       )

### ORDER OF COURT

      This cause having been scheduled to come before the Court on September 3, 2013 on the Defendant's Complaint for Non-Compliance for Child Visitation; and it appears to the Court that the Plaintiff has not had thirty (30) days notice of the trial date; therefore, and upon consideration, it is hereby ORDERED by the Court that the above styled cause is hereby reset on December 2, 2013 at 9:00 a.m. to allow the Plaintiff thirty (30) days notice of the trial date as required by law.

CH
DONE this 10th day of September, 2013.

                /s/ J. DONALD BANKS
                CIRCUIT JUDGE

Order prepared by State.

LATONJA MICHELLE SMITH            §

NO. DR 2004 502442.03-B            §            CIRCUIT COURT

THADDEUS DEMETRIUS SMITH    §            AT MOBILE, ALABAMA

## ORDER OF COURT

This cause having been set for hearing September 3, 2013 on Petition to Modify as filed by the State of Alabama Department of Human Resources, both parties being present, the State of Alabama being represented by the Assistant Attorney General, and it appears to the Court that an agreement has been reached herein; therefore, and upon consideration, it is ORDERED by the Court that the agreement as stated in open Court is hereby ratified and affirmed by the Court, and it is further ORDERED by the Court as follows:

1.  THAT the Defendant's child support obligation is hereby modified to the sum of $296.00 per month effective September 2013. Child support is in compliance with Rule 32 guidelines.

2.  THAT all child support payments paid pursuant to a Wage Withholding Order shall be paid through the Alabama Child Support Payment Center, P. O. Box 244015, Montgomery, Alabama 36124-4015, (Phone: 1-877-774-9513). In the event either party has been assisted by the Department of Human Resources and/or Assistant Attorney General (State of Alabama Attorney) then said payments are to be paid through the **Alabama Child Support Payment Center, P. O. Box 244015, Montgomery, Alabama 36124-4015, (Phone: 1-877-774-9513)**.

3.  THAT the costs incurred herein are hereby taxed against the Defendant, for which let execution issue.

Dated, ___September 9, 2013___


_____
J. DONALD BANKS,
CIRCUIT JUDGE

# COPY FOR

AVSO304
SW1012

ALABAMA JUDICIAL DATA CENTER
MOBILE        COUNTY
COST BILL

DR 2004 502442.03
J. DONALD BANKS

------------------------------------------------------------

IN THE CIRCUIT  COURT OF  MOBILE       COUNTY

LATONJA MICHELLE SMITH VS THADDEUS DEMETRIUS SMITH

SMITH THADDEUS DEMETRIUS          ATY: *** PRO SE ***
1601 NESHOTA DR
APT 38
MOBILE        ,AL 36605-0000
NOTES:
      IF THESE COSTS ARE NOT PAID BY 11/22/2013 EXECUTION WILL ISSUE AND AN
      ADDITIONAL CHARGE OF $30.00 WILL BE ADDED. MAKE MONEY ORDERS/CASHIER'S
      CHECKS PAYABLE TO THE MOBILE COUNTY CIRCUIT CLERK. NO PERSONAL CHECKS
      WILL BE ACCEPTED. IF PAYING WITH CASH PLEASE HAVE CORRECT AMOUNT.

      COST BILL - ABOUT (D001) SMITH THADDEUS DEMETRIUS

------------------------------------------------------------

|  | ORDERED | PAID | BALANCE |
|---|---|---|---|
| 1. DOCKET  FEE | | | |
|    SMALL CLAIMS | | | |
|    DISTRICT | | | |
|    CIRCUIT | | | |
|    CHILD SUPPORT/JU | $ 311.00 | | |
| 2. JURY DEMAND | | | |
| 3. SERVICE FEES | | | |
|    EACH DEF OVER ONE | | | |
|    NON RESID DEFEND | | | |
|    CERTIFIED MAIL | | | |
|    SUBPOENA FEE | | | |
|    ADDL PLAINTIFFS | | | |
| 4. WITNESS FEES 1.50/DAY .05M | | | |
| 5. POST JUDGEMENT: | | | |
|    ATTACHMENT | | | |
|    GARNISHMENT | | | |
|    EXECUTION | | | |
| 6. PUBLICATION | | | |
| 7. JUDGMENTS DATE:09/10/2013 | | | |
| 8. PUBLIC LAW LIBRARY TAX | | | |
| 9. COSTS FROM LOWER COURT: | | | |
| 10. OTHER: | | | |
|    COURT ADMIN FUND | | | |
|    APPEAL COSTS | | | |
|    COPIES | | | |
|    MOTIONS | | | |
| T O T A L    C O S T S | $ 311.00 | | $ 311.00 |

------------------------------------------------------------

I HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT STATEMENT OF THE
COSTS DUE IN THE SPECIFIED CASE:
      09/13/2013  ISSUED DATE          CLERK:JOJO SCHWARZAUER   BY: vay
                                       205 GOVERNMENT ST
                                       MOBILE  AL  36644
                                       (251)574-8441

OPERATOR: VAY
PREPARED: 09/13/2013

ALABAMA JUDICIAL DATA CENTER
COURT PAYMENT SYSTEM

COUNTY                                              RECEIPT NUMBER: 178926
DATE OF RECEIPT: 10/29/2013  TIME: 16:22:39
RECEIPT FOR CASE: DR 2004 502442 03         BATCH: 2014022
RECEIVED FROM: SMITH THADDEUS DEMETRIUS

LATONJA MICHELLE SMITH VS THADDEUS DEMETRIUS SMITH

ACCOUNTS RECEIPTED:
        DRME                                    $266.00
        VADM                                     $45.00

RECEIVED BY: TES          CASH AMOUNT        $311.00

ELECTRONICALLY FILED
12/2/2013 1:37 PM
02-DR-2004-502442.04
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

*Exhibit 5*

| | |
|---|---|
| SMITH LATONJA MICHELLE (DAVIS),<br>Plaintiff, | ) |
| | ) |
| | ) |
| V. | ) Case No.:    DR-2004-502442.04 |
| | ) |
| SMITH TAHDDEUS DEMETRIUS SR,<br>Defendant. | ) |
| | ) |

## ORDER OF COURT

This cause coming on to be heard this day, December 2, 2013, on the Plaintiff's Complaint of Non-Compliance for Child Visitation; Defendant appearing pro se and Plaintiff failing to appear in Court; and it appears to the court that the above cause should be dismissed for lack of prosecution, and upon consideration, it is ORDERED, ADJUDGED and DECREED by the Court that the above cause be, and hereby is, dismissed with leave to reinstate without prejudice.

It is further ORDERED, ADJUDGED and DECREED by the Court that the costs of this cause having been prepaid, no costs are due to be taxed herein.

CJH
DONE this 2nd day of December, 2013.

/s/ J. DONALD BANKS
CIRCUIT JUDGE

*Additional*
*~~to the~~ ~~previously~~*

To the Honorable Judge Banks,

I would like to remind the court of the visitation provisions in the divorce decree dated February 01, 2004. Ms. Davis is employed with the Mobile County Sheriffs Dept. as a crossing guard and has been with the Mobile Press for a number of years. I have one income and an additional child to support, along with the fact that I still currently pay child support for two older children that have been emancipated because the Department of Human Resources, despite numerous requests has refused to remove them.

According to the divorce decree, visitation was granted as follows: One minor child born of this marriage namely, JATERIA L. SMITH, date of birth 10-16-2002.

I have not had any court ordered visitation with Jateria L. Smith in over a year since the last court hearing and that summer and your judgment ended. Ms. Davis has refused to repaid the monies that the Honorable judge and court ordered last year in reference to having to file for child visitation reinforcement initially.

In the divorce decree it states, rights to visitation reserved to the father THADDEUS DEMETRIUS SMITH to include but not be limited to alternate weekends from 6:00 p.m. on Friday until 6:00p.m. on Sunday, four weeks during the summer month and one week at Christmas from December 25th at 3:00 p.m. until January 2nd at 3:00 p.m. of each year.

Ms. Davis does not comply but works to defy the order of child visitation, and adding insult to injury a week after I was served with these court paper on May 13, 2012, Ms. Davis just showed up at my home on Father's Day after an entire year with Jateria saying she came to bring a card and say hello. Then she abruptly left with the child minutes later. To date, Ms. Latonja Michelle Davis has not complied with the child visitation provisions as stated by the court and has begun to make a mockery of the courts time

regarding this matter once again. It is my request that the court give a permanent resolve to this matter, because I cannot afford to continue to pursue this matter in court financially and especially when the ruling is not up held or without the Department of Human Resources or taxpayers to pick-up the cost. I am respectfully, entitled to pay Ms. Davis child support however, this is the third time filing for re enforcement for visitation, beyond that if no solution is  given  this will be my last filing for visitation with the court and  I  will consider this matter to be irresolvable.

Respectfully, *Thaddeus D Smith Sr.*

STATE OF ALA MOBILE
I HEREBY CERTIFY THIS
PLEADING WAS FILED

2013 JUL 11  AM 9: 49

CLERK CIRCUIT COURT

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

## DOMESTIC RELATIONS DIVISION

| | | |
|---|---|---|
| **Thaddeus Demetrius Smith Sr.** | § | |
| **Plaintiff** | § | |
| | § | **CASE NO. DR-2004502442.02-B** |
| | § | |
| **VS.** | § | |
| **Latonja Michelle Smith (Davis)** | § | |
| **Defendant** | § | |

### Complaint of Non-Compliance for Child Visitation

This Motion is to serve as the record to the court of the numerous attempts to abide in accordance with the original child visitation order for visitation which was initiated by Ms. Davis to her benefit and to which I agreed. To this date, Ms. Latonja Michelle Davis has not complied with the child visitation order or any provisions thereof but has sought to ask for money.

1. To bring this matter to a conclusion your Honor this ordeal has the potential not only leave irreparable damage to Jateria it has also become an unnecessary financial burden to me. By complying with child support, I should expect to have visitation with Jateria with no repercussions because I choose not to stay in the home with Jateria. I am disgruntled with the temporary resolve given by the courts only to have them violated constantly returning to the courts for repeated solution that last no longer than the date of the order.

2. Directly, speaking to the order for the return of monies for the filing in May of 2012 to which I was told that there was no time limit on when she has to pay the money. Honestly, Ms. Davis and I have been in your courtroom every year for the past three

years, the first year was the birth of my son and it has continued since. Point being your honor Ms. Davis has never once filed a motion with the court to refuse visitation for any reason.

3. I have grown tired of wasting taxpayers' money and my own having to call the police each visit pick-up because Ms. Davis has left with Jateria or left her with someone else to avoid my visitation times. Then, we go to court and she gets a thirty-day trial period in which she sticks to for the two visits for that month, and then it is back to the same routine. Ms. Davis knows that I will have to file again for re-enforcement and that it is a financial burden as I already pay child support and have a family.

4. So noted to the court this is not an attempt to try or fight for custody of Jateria from Ms. Davis be no means. There is no question about her ability to parent Jateria, or provide for her and I know Jateria wants to be with her mother, I just had hopes that I could have continued to be the father that I am to my daughter separately from Ms. Davis. I cannot offer a solution to this senseless rant of Ms. Davis' as I have no understanding of the circumstances surrounding it.

5. I ask that the Judge understand that rather than continue along this route after this filing with the court I feel that it is my best interest to simply back off from the situation. In a world were good fathers are a rare commodity I truly hope that as Jateria reaches proper age that she will have some understanding and seek to continue her relationship with her father as I believe she knows I love her.

6. Although, the real solution to this would be just having monthly visitation uninterrupted this seems to be the most logical solution and legally all I can do to minimize any other

problems to Jateria. It has been over a year already since I have been with her and I have not been invited to a birthday party for Jateria since she was small really never being told when she was having a party unless I was single matter of fact. I have stated all these facts to give the court clarity into why I am hear and how I concluded to step back from the situation as stated above. These things have taken a toll and I have grown weary of any resolve until Jateria reaches proper age.

Respectfully,

Thaddeus Demetrius Smith Sr.

Signed _Thaddeus Smith Sr._

Dated, _6/16/13_

_____

J. DONALD BANKS, CIRCUIT JUDGE