### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **THADDEUS D. SMITH, SR.,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-0622-KD-B |
| **THE STATE OF ALABAMA CIRCUIT COURT OF MOBILE COUNTY,** *et al.*, | : | |
| | : | |
| Defendants. | | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge, dated May 31, 2016, made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this **30**[th] day of **June 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**